# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DAVID LEE FLEMING, ) | C/A No. 5:11-cv-0304 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

The above referenced Social Security case is before this court upon the plaintiff's petition for attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff filed this petition on November 16, 2012. Defendant filed a response on December 3, 2012, stating that the parties had agreed to a reduction in payment of attorneys fees.

**IT IS THEREFORE ORDERED** that the plaintiff's motion for attorneys fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, is hereby **GRANTED** in the amount of $5,250.00 for fees and $373.00 for costs and expenses.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

October 28, 2013
Charleston, South Carolina